# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:
**Debtor:** JORGE GERARDO QUILES MALDONADO
**Case Number:** 19-03782-ESL13  **Chapter:** 13
**Date / Time / Room:** 07/30/2019 09:00 am osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DARHMA ZAYAS
**Reporter / ECR:** GRACIELA MUNIZ

### Matter:
Doc# 7 Motion for Continuance of the Automatic Stay
Doc# 12 Urgent motion to object to new bankruptcy petition filed by creditor Damaris Santiago

### Appearances:
JOSE RAMON CARRION MORALES  *A. Rodriguez Diaz*
GERMAN A RIECKEHOFF ✓
DAMARIS SANTIAGO MENDEZ

### Proceedings:

ORDER:

___ Upon debtor(s)' failure to:___ oppose;____appear at the hearing scheduled for this date;___ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

___ Debtor shall provide adequate protection to movant by: ___curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

___ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court may enter an order lifting the automatic stay in favor of movant, if so requested by movant.

___ Upon debtor(s)' consent, the instant motion is granted, and the stay is hereby lifted in favor of movant.

___ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within____ days on the status of the process.

___ Movant's application to withdraw the motion is hereby granted.

X Other: *For the reasons stated in open court, debtor's motion for continuance of the automatic stay (dkt. #7) is hereby denied. Transcript requested.*

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge