**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JORGE GERARDO QUILES MALDONADO**<br><br>**xxx–xx–9150**<br><br>Debtor(s) | Case No. **19–03782 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 11/26/19 |

*ORDER*

Debtor's objection to claim #1–3 and 2–1 filed by Damaris Santiago Mendez (docket entry #58), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 26, 2019 .

Enrique S. Lamoutte

United States Bankruptcy Judge