IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

**JORGE G. QUILES MALDONADO
(XXX-XX-9150)**

**Debtor(s)**

Case No.: **19-03782 ESL**

Chapter 13

## MOTION TO WITHDRAW MOTION OBJECTING CONFIRMATION OF PLAN FILED ON MAY 16TH (DOC. NO. 144)

**TO THE HONORABLE COURT:**

**COMES NOW CREDITOR**, Damaris Santiago Méndez, by and through the undersigned attorney, and very respectfully requests and prays:

1. On June 24th, 2020, Creditor filed a motion titled: **"MOTION OBJECTING CONFIRMATION OF PLAN FILED ON MAY 16TH"**. *See* Doc. 144.

2. Creditor hereby files the present Motion to withdraw Docket #144.

3. It is important to point out that this Withdrawal responds to the fact that the Amended Chapter 13 Plan that was submitted by Debtor at Doc. #151 incorporates at Section 8.5 of the same the terms of the agreement between the parties regarding Claim #1-4.

**WHEREFORE,** Creditor respectfully requests this Honorable Court to take notice of the above, and grant Creditor the remedy requested herein.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico this July 24, 2020.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**IGNACIO GARCIA FRANCO**
Attorney for creditor
USDC No. 231410
P.O. Box 361844

San Juan, PR 00936
Tel (787) 478-3379
Fax 1-888-860-9135

/s/ Ignacio García Franco, Esq
Ignacio García Franco, Esq.
E-mail: ignaciolaw@gmail.com